Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

DEACERO S.A.P.I. DE C.V. and DEACERO USA, INC.

                              Plaintiff,

v.

UNITED STATES OF AMERICA                          **SUMMONS**
                                                  **Court No. 26-02876**

                              Defendants.

**TO:**    The Above-Named Defendant:

        You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ **Gina Justice**
Clerk of the Court

                                      Name, Firm Address, Telephone Number and E-mail
                                      Address of Plaintiff's Attorney

/s/ Mark Ludwikowski                  Mark Ludwikowski
Signature of Plaintiff's Attorney     Clark Hill PLC
                                      1001 Pennsylvania Avenue NW, Suite 1300S
                                      Washington, DC 20004
                                      +1 202.640.6680
April 24, 2026                        mludwikowski@clarkhill.com
        Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)